BEFORE THE SECOND DIVISION, MAY 31, 1960

No. 64253.—Meadows Wye & Co., Inc. *v.* United States, protests 228787–K and 228788–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise is the same as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 31, 1960

No. 64254.—Gulf & South American SS Co., Inc. *v.* United States, protest 312622–K/14775 (New Orleans).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, JUNE 1, 1960

No. 64255.—John V. Carr & Son, Inc. *v.* United States, protests 214290–K and 206378–K (Detroit).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the merchandise consists of cold drawn steel wire rods and that, if the merchandise were now before the collector, it would be classified as claimed, the claim of the plaintiff was sustained.